UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
01 FEB -9 PM 1:20
N.D. OF ALABAMA

DAVID D. WEBB,                        )
                                      )
     Plaintiff,                       )
                                      )
vs.                                   )  Civil Action No. 99-S-1513-NE
                                      )
DANIEL S. GOLDIN, Administrator of    )
the National Aeronautics and Space    )
Administration,                       )  ENTERED
                                      )
     Defendant.                       )  FEB  9 2001

MEMORANDUM OPINION

Plaintiff, David Webb, was rejected for promotion to a Branch Chief's position at the George C. Marshall Space Flight Center[1] during September of 1995. The position was instead awarded to a 34 year old female American citizen of African ancestry.[2] Webb, a Caucasian male who then was 49 years of age,[3] claims that he was denied the promotion because of his race, sex, national origin, and age. He also contends that he was rejected in retaliation for EEO complaints he previously had filed against the National Aeronautics and Space Administration (NASA). Webb initiated this action on

---

[1] The Marshall Space Flight Center, located near Huntsville, Alabama, on the U.S. Army's Redstone Arsenal, is a facility operated by the National Aeronautics and Space Administration (NASA). The motion to dismiss NASA as a defendant (doc. no. 32) was granted by separate order (doc. no. 55), thus leaving the Administrator of NASA, Daniel S. Goldin, as the only (and proper) defendant.

[2] The date of birth of the successful applicant, Ms. Stephania Darby, is December 8, 1960.

[3] Webb's date of birth is April 16, 1946, making him 54 years of age on the date of this opinion.

60



THIS DOCUMENT IS TO VOLUMINOUS TO FAX AND WILL BE MAILED UNDER SEPARATE COVER